| | |
|---|---|
| **PORTER HEDGES LLP** | **SMYSER KAPLAN & VESELKA, L.L.P.** |
| Eric M. English | Garland D. Murphy IV |
| State Bar No. 24062714 | State Bar No. 24058010 |
| Genevieve M. Graham | Smyser Kaplan & Veselka, L.L.P. |
| State Bar No. 24085340 | 700 Louisiana Street, Suite 2300 |
| Porter Hedges LLP | Houston, Texas 77002 |
| 1000 Main Street, 36th Floor | (713) 221-2300 |
| Houston, Texas 77002 | (713) 221-2320 |
| (713) 226-6000 | lmurphy@skv.com |
| eenglish@porterhedges.com | |
| ggraham@porterhedges.com | |

**ATTORNEYS FOR PENDER CAPITAL ASSET BASED LENDING FUND I, LP**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MANSFIELD BOAT AND RV STORAGE, LLC,** | § § § | **CASE NO. 18-33926** |
| | § | |
| Debtor. | § | Chapter 11 |

**AMENDED CERTIFICATE OF SERVICE**

I certify that on July 24, 2019, a true and correct copy of the *Joint Notice of Scott Seidel, Chapter 7 Trustee, and Pender Capital Asset Based Lending Fund I, LP of Larry Reynolds' Non-Compliance with Court Orders [Doc. 132]* was served via email and United States First Class Mail on the party listed below.

    Glenn R. Snyder
    Law Offices of Glenn R. Snyder
    627 Mercury Avenue, Suite 103
    Duncanville, Texas 75137
    Email: SnyderGlenn@SBCGlobal.net
    **Counsel for Larry Reynolds**

                                             */s/ Eric M. English*
                                             Eric M. English