| | |
|---|---|
| **PORTER HEDGES LLP** | **SMYSER KAPLAN & VESELKA, L.L.P.** |
| Eric M. English | Garland D. Murphy IV |
| State Bar No. 24062714 | State Bar No. 24058010 |
| Genevieve M. Graham | Smyser Kaplan & Veselka, L.L.P. |
| State Bar No. 24085340 | 700 Louisiana Street, Suite 2300 |
| Porter Hedges LLP | Houston, Texas 77002 |
| 1000 Main Street, 36th Floor | (713) 221-2300 |
| Houston, Texas 77002 | (713) 221-2320 |
| (713) 226-6000 | lmurphy@skv.com |
| eenglish@porterhedges.com | |
| ggraham@porterhedges.com | |

**ATTORNEYS FOR PENDER CAPITAL
ASSET BASED LENDING FUND I, LP**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **MANSFIELD BOAT AND RV** | § | |
| **STORAGE, LLC** | § | **Case No. 18-33926** |
| | § | |
| Debtor. | § | |

### NOTICE OF EVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that an evidentiary hearing on Pender Capital Asset Based Lending Fund I, LP's Motion for an Order Finding Larry Reynolds in Civil Contempt of Court (Dkt. 117) has been scheduled for *August 5, 2019 at 1:30 p.m.* before Honorable Harlin D. Hale, 1100 Commerce St., 14th Floor, Courtroom #3, Dallas, Texas 75242.

Pursuant to the Court's comments at the July 29, 2019 status conference, Mr. Reynolds is required to attend the hearing in person.

8275941

Dated: July 29, 2019

Respectfully submitted,

By: /s/ *Eric M. English*
Eric M. English
State Bar No. 24062714
Genevieve M. Graham
State Bar No. 24085340
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
eenglish@porterhedges.com
ggraham@porterhedges.com

and

Garland D. Murphy IV
State Bar No. 24058010
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 221-2300
(713) 221-2320
lmurphy@skv.com

**ATTORNEYS FOR PENDER CAPITAL ASSET BASED LENDING FUND I, LP**

## CERTIFICATE OF SERVICE

I certify that on July 29, 2019, a true and correct copy of the foregoing *Notice of Evidentiary Hearing on Pender Capital Asset Based Lending Fund I, LP's Motion for an Order Finding Larry Reynolds in Civil Contempt of Court (Dkt. 117)* was served by CM/ECF and/or first Class United States Mail to all parties listed on the attached Service List.

 */s/ Eric M. English*
Eric M. English

## SERVICE LIST

<u>Debtor</u>
Mansfield Boat and RV Storage, LLC
Attn: Larry Reynolds
605 Rutgers
Lancaster, TX 75134

<u>Debtor's Counsel</u>
Herman A. Lusky
Lusky & Associates PC
4925 Greenville Ave., Suite 715
Dallas, TX 75206
herman@lusky.com
mail@lusky.com

<u>United States Trustee</u>
United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242

<u>Larry Reynolds' Counsel</u>
Glenn Snyder
627 Mercury Avenue
Duncanville, TX 75137
snyderGlenn@SBCGlobal.net

<u>Parties Requesting Notice</u>
Mansfield ISD
c/o Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, Texas 76010
email: ecobb@pbfcm.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, Texas 75207
dallas.bankruptcy@publicans.com
Counsel for Tarrant County