



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 26, 2019**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| | § | |
| | § | |
| **MANSFIELD BOAT AND RV** | § | |
| **STORAGE, LLC** | § | Case No.  18-33926 |
| | § | |
| Debtor, | § | |

## ORDER REGARDING
## MOTION TO WITHDRAW AS COUNSEL FOR LARRY JAMES REYNOLDS

On August 9, 2019 the motion of Glenn R. Snyder and The Law Offices of Glenn R.

Snyder to withdraw as counsel of record for LARRY JAMES REYNOLDS was submitted for

decision.  The motion was heard by the Court on September 19, 2019.  LARRY JAMES

REYNOLDS consented to the withdrawal of Glenn R. Snyder as his attorney in open court on

the record.

The Court finds that notice was given to LARRY JAMES REYNOLDS and to Pender Capital Based Lending Fund I, LP through its counsel of record Eric English, the Chapter 7 Trustee, Scott Seidel, and the United States Trustee.

The Court is of the opinion that the motion is proper. Therefore:

IT IS ORDERED THAT:

1.      The MOTION TO WITHDRAW AS COUNSEL FOR LARRY JAMES REYNOLDS is GRANTED effective on September 26,2019.  Glenn R. Snyder shall receive information for the benefit of LARRY JAMES REYNOLDS until September 26, 2019.  Glenn R. Snyder is not required to attend the hearing to determine whether Mr. Reynolds has complied with the Fourth Civil Contempt Order which is set for September 26, 2019 at 9:00 a.m.

2.      As of September 26, 2019, no further notices, papers, motions, or pleadings may be served on or made on Glenn R. Snyder or and The Law Offices of Glenn R. Snyder on behalf LARRY JAMES REYNOLDS.

3.      As of September 26, 2019, all further notices, papers, motions or pleadings shall be served on LARRY JAMES REYNOLDS by email at ljr4@sbcglobal.net and by mail at 305 Smith Street, Mansfield, Texas 76063.

4.      Glenn R. Snyder is ordered to give written notice of this order to LARRY JAMES REYNOLDS  by email at ljr4@sbcglobal.net and by mail at 305 Smith Street, Mansfield, Texas 76063.

# # # End of Order ###