UNITED STATES BANKRUPTCY COURT

NORTHERN DISRTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| In re: | * |
| | * |
| Mansfield Boat and RV Storage, LLC | * Case No. 18-33926-hdh7 |
| | * |
| Debtor. | * |

## MOTION FOR CONTINUANCE

The Defendant respectfully requests a continuance for the hearing March 05, 2020, for the following reasons.

I never received any notice of this hearing until Mr Snyder sent a witness and exhibit list to me at 8 PM March 02,2020.

I am being treated for pneumonia by Dr. Arnold Morris III. I This is very communicable and I have been instructed not to travel or be around others until my fever has abated This is not the time to appear at a public place with a hacking cough I will send the doctors letter again with this motion

I already have a previously set court date in the Superior court in Washington State to gain the courts blessing on the transfer of the title to the commercial property to Janice as specified in Dr Alexandre's will If have to be there Tuesday for that. The title company has requested that and it is not unreasonable

I would request a continuance until after the 15th of March depending upon the courts schedule.

FILED
MAR 04 2020
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

There is absolutely no emergency or situation here that merits a 3 day emergency filing. None of the parties even sent notices of the hearing as reqired by law. Further neither did the Court. I deserve the right to rebut and cross examine the witnesses and produce evidence for the Court to consider. I currently have 81 separate documents to submit as evidence proving Pender's dishonesty

Larry Reynolds
03-04-20

**Arnold J. Morris III DO**
Texas Health Care P.L.L.C.
4700 Little Road
Arlington, TX 76017-1058
Phone: (817)496-0766 Fax: (817)561-5952

03/04/2020

To Whom It May Concern:

LARRY REYNOLDS is currently under my medical care
Please excuse from court on the 6th due to illness

If you require additional information please contact our office.

Sincerely,
Dr. Arnold Morris III, DO.

REYNOLDS, LARRY    000000672691 05/07/1959 03/04/2020 09:30 AM Page: 1/1