

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 4, 2020**

**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Mansfield Boat and RV Storage, LLC, | § | Case No. 18-33926-hdh7 |
| | § | |
| Debtor. | § | |

### ORDER DENYING MOTION TO CONTINUE
### HEARING SCHEDULED FOR MARCH 5, 2020

On March 4, 2020, Larry Reynolds filed a *Motion for Continuance* [Docket No. 236] (the "Motion to Continue") asking this Court to postpone the hearing scheduled for March 5, 2020 (the "March 5 Hearing") until after March 15, 2020.  In the Motion to Continue, Mr. Reynolds claims that (1) he did not receive notice of the March 5 Hearing until March 2, 2020, (2) he is currently being treated for pneumonia, (3) the March 5 Hearing conflicts with a court date that he has in Washington State, and (4) a delay would not prejudice the parties because there is no emergency that needs to be addressed at the March 5 Hearing.

With regard to notice and Mr. Reynolds's conflicting court dates, the Court notes that Mr. Reynolds has been aware of an upcoming hearing since January 29, 2020 when the Court stated

on the record that the Chapter 7 Trustee should obtain a hearing date towards the end of February for the continued hearing on Mr. Reynolds's contempt of court. The specific notice for the March 5 Hearing was filed on February 20, 2020[1] and includes a certificate of service stating that it was sent to Mr. Reynolds via e-mail on that same day.

With regard to the importance of the March 5 Hearing and whether the issues to be discussed at the hearing constitute an emergency, the Court notes that the hearings regarding Mr. Reynolds's contempt of court have been ongoing for almost a year and the Court has been extremely accommodating in allowing Mr. Reynolds time to repay the money that he has stolen from the bankruptcy estate. The allegations in *Pender Capital Asset Based Lending Fund I, LP's Statement in Support of Additional Sanctions Against Larry Reynolds* [Docket No. 234] suggest that not only is Mr. Reynolds not repaying previously stolen funds but that he is ignoring this Court's orders and continuing to remove property from the bankruptcy estate. The Court considers addressing these allegations to be very time sensitive.

With regard to Mr. Reynolds's claim that he cannot attend the March 5 Hearing because of an illness, the Court will first note that Mr. Reynolds has very little credibility with the Court at this point. The doctor's note that Mr. Reynolds has submitted with the Motion to Continue does not support his claim that he has a "very communicable" illness and cannot attend the March 5 Hearing. Rather, the doctor's note simply states that Mr. Reynold's is under a physician's care and asks that he be excused from court on March 6, 2020.

Nevertheless, if Mr. Reynolds does not attend the March 5 Hearing, (1) the Court will defer any further rulings until a hearing to be held on March 16, 2020 at 1:30 p.m. at which Mr. Reynolds is ordered to appear and (2) Mr. Reynolds may file a written response no later than March 13, 2020

---

[1] *Notice of Hearing* [Docket No. 227].

2

responding to the allegations against him and attaching any relevant evidence that he wishes for the Court to consider with a supporting affidavit.

**IT IS THEREFORE ORDERED** that the Motion to Continue is **DENIED**; and

**IT IS FURTHER ORDERED** that if Mr. Reynolds does not attend the hearing in this case scheduled for March 5, 2020, he is ordered to appear before this Court on **Monday, March 16, 2020 at 1:30 p.m.** and show cause why he should not be subject to further sanctions, including but not limited to confinement.

###END OF ORDER###