

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 18, 2020**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Mansfield Boat and RV Storage, LLC, | § | Case No. 18-33926-hdh7 |
| | § | |
| Debtor. | § | |

### ORDER DENYING EMERGENCY MOTION TO CONTINUE HEARING

On March 16, 2020, the Court held a hearing on its *Order (I) Setting Hearing and (II) Ordering Larry Reynolds to Appear* [Docket No. 239] (the "Show Cause Hearing"). That same day, Larry Reynolds filed his *Emergency Motion to Continue Hearing* [Docket No. 246] (the "Motion to Continue"). For the reasons stated by the Court on the record during the Show Cause Hearing, the Motion to Continue is denied.

**IT IS THEREFORE ORDERED** that the Motion to Continue is **DENIED**.

###End of Order###