



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 25, 2020**

**United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **MANSFIELD BOAT AND RV** | § | |
| **STORAGE, LLC** | § | **Case No. 18-33926** |
| | § | |
| Debtor. | § | |

## <u>ORDER SETTING ASIDE REAL PROPERTY TRANSFERS AND RESCINDING DEEDS</u>

Scott M. Seidel, Chapter 7 Trustee (the "<u>Trustee</u>"), filed his *Expedited Motion to Set Aside Alleged Real Property Transfers and Rescind Alleged Deeds* (the "<u>Motion</u>").[1] The Court has considered the Motion and arguments and evidence presented at the March 5, 2020 hearing and is of the opinion that the Motion should be granted. It is therefore **ORDERED THAT:**

1.   The following real property transfers are set aside and each Deed is rescinded such that it has no legal effect and therefore no transfers resulted from any of the following Deeds:

---

[1] Capitalized terms not defined in this Order shall be defined by the Motion.

| Instrument Type and Number | Date | Grantor | Grantee | Property |
|---|---|---|---|---|
| Quit Claim Deed D219226008 | "Effective: August 10, 2017"<br><br>Notarized and filed October 2, 2019 | Mansfield Boat and RV Storage, LLC, executed by Larry Reynolds, "managing member" | Larry Reynolds | 305 Smith Street |
| Special Warranty Deed D219279586 | December 4, 2019 | Mansfield Boat and RV Storage, LLC, executed by Larry Reynolds, "managing member" | Larry Reynolds | 309 Smith Street Mansfield, TX 76063 |
| Special Warranty Deed D219279587 | December 4, 2019 | Mansfield Boat and RV Storage, LLC, executed by Larry Reynolds, "managing member" | Larry Reynolds | 305 Smith Street, Mansfield, TX 76063 |
| Special Warranty Deed D219279619 | December 4, 2019 | Mansfield Boat and RV Storage, LLC, executed by Larry Reynolds, "managing member" | Larry Reynolds | 305 Smith Street Mansfield, TX 76063 |

2.      Each of the above-listed Deeds was fraudulently executed by Mr. Reynolds and each Deed is rescinded as an improper and unauthorized transfer. By executing the Deeds, Mr. Reynolds violated and is in contempt of this Court's July 15, 2019 Order at Docket No. 130.

2

3.     Larry Reynolds has no authority to act or speak on behalf of the Debtor and he shall not act or speak for the Debtor or otherwise hold himself out as a representative or agent of the Debtor.

### # # # End of Order # # #

/s/ Scott M. Seidel
Scott M. Seidel, Esq.
State Bar No. 17999450
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: 214-234-2500
scott.seidel@earthlink.net

**GENERAL COUNSEL FOR**
**THE CHAPTER 7 TRUSTEE**