# SEIDEL LAW FIRM

6505 W. Park Blvd., Ste. 306
Plano, Texas 75093

(214) 234-2500

| Attention: | Chapter 7 Trustee | Case No. 18-33926-HDH-7 |
| Re: | **Debtor Mansfield Boat and RV Storage, LLC** | |

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-23-19 | Receipt and review of information provided--prepare correspondence to Reynolds | 0.6 | 285.00 | SMS |
| Jun-10-19 | Prepare for and attendance at court-Sanctions Motion--delayed | 1.5 | 712.50 | SMS |
| Jun-13-19 | Receipt and review of extensive e-mail Reynolds, telephone call with opposing counsel Snyder, receipt and review of Motion for Sanctions and extensive Reynolds e-mails and information | 0.9 | 427.50 | SMS |
| Jun-20-19 | Receipt and review of e-mails-Reynolds-respond to same | 0.3 | 142.50 | SMS |
| | Telephone call with Answorth | 0.2 | 95.00 | SMS |
| Jun-21-19 | E-mails with opposing counsel re: case- foreclosure deed and e-mails from parties | 0.4 | 190.00 | SMS |
| Jun-28-19 | E-mails re: contempt/ closing/ prepare for hearing on contempt, work on joinder/ receipt and review of pleadings and exhibits re: same | 0.8 | 380.00 | SMS |
| Jul-01-19 | Prepare for and attendance at hearing -Sanctions | 5.3 | 2,517.50 | SMS |
| Jul-02-19 | Receipt and review of documents, e-mails and telephone call with opposing counsel re: proposed closing docs and contempt order and amounts owed | 0.5 | 237.50 | SMS |
| | Further e-mails re: amounts owed and e-mails with opposing counsel and title co., Pender request seems to double dip, review order--send response | 0.3 | 142.50 | SMS |
| | Work on employment applications /order | 1.0 | 475.00 | SMS |
| Jul-05-19 | E-mails re: closing | 0.1 | 47.50 | SMS |
| Jul-29-19 | Prepare for and attendance at hearing, meet with counsel re: same, receipt and review of documents provided | 2.0 | 950.00 | SMS |
| Aug-05-19 | Prepare for and attendance at Show Cause hearing, receipt and review of docs | 4.8 | 2,280.00 | SMS |
| Aug-07-19 | E-mails and telephone call with parties re: Alaska property and other matters | 0.5 | 237.50 | SMS |
| Aug-22-19 | Receipt and review of documents | 0.8 | 380.00 | SMS |
| Aug-29-19 | Receipt and review of UST comment | 0.3 | 142.50 | SMS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-03-19 | Receipt and review of proposed offer | 0.3 | 142.50 | SMS |
| Sep-05-19 | Work on Application to Sell | 1.0 | 475.00 | SMS |
| Sep-06-19 | Receipt and review of revisions -further work on Motion to Sell | 0.3 | 142.50 | SMS |
| | Further work on sale | 0.6 | 285.00 | SMS |
| Sep-19-19 | Prepare for and attendance at hearing on show cause | 4.6 | 2,185.00 | SMS |
| | Work on Application to Employ | 1.9 | 902.50 | SMS |
| Sep-20-19 | E-mails and telephone call with and correspondence with parties and counsel re: potential closing in Alaska | 0.8 | 380.00 | SMS |
| Sep-25-19 | Telephone call with broker and opposing counsel Neal re: potential closing in Alaska and lien issues and resolution of the Pender issue--e-mail re: same . | 0.6 | 285.00 | SMS |
| | Receipt and review of Pender docs | 0.3 | 37.50 | SHS |
| Sep-26-19 | Prepare for and attendance at 2 hearings on Show Cause | 4.9 | 2,327.50 | SMS |
| Sep-27-19 | Prepare letter to counsel and Reynolds re: closing status | 0.3 | 142.50 | SMS |
| Oct-02-19 | Prepare order and emails to court re: hearing | 0.5 | 237.50 | SMS |
| Oct-03-19 | Prepare for and attendance at hearing on sale, work on order and quitclaim | 2.9 | 1,377.50 | SMS |
| | Telephone call with M/M Reynolds-and Alaska counsel | 0.4 | 190.00 | SMS |
| Oct-07-19 | Receipt and review of Pender motion--emails re: sale and procedures | 0.3 | 142.50 | SMS |
| | Receipt and review of Motion | 0.2 | 95.00 | SMS |
| | Telephone call with H. Lusky re: emergency Motion to credit administrative claim | 0.3 | 142.50 | SMS |
| Oct-08-19 | Attendance at auction, receipt and review of pleading and prepare for hearing on sale in light of $130,000 bid. | 1.0 | 475.00 | SMS |
| Oct-09-19 | Emails with court re: auction, telephone call with L. Reynolds, telephone call with H. Lusky, receipt and review of H. Lusky response, filing with court notice and response, prepare for hearing on sale | 1.6 | 760.00 | SMS |
| Oct-10-19 | Attendance at hearing on status conference and sale | 3.1 | 1,472.50 | SMS |
| Oct-28-19 | Work on employment order | 0.4 | 190.00 | SMS |
| Oct-29-19 | Further work on order | 0.2 | 95.00 | SMS |
| Oct-30-19 | Telephone call with T. Shewmake re: return of escrow payment , email with probate attorney | 0.5 | 237.50 | SMS |
| | Work on recovery issue | 0.2 | 95.00 | SMS |
| | Emails and receipt and review of pleadings--and provide order re: probate proceedings and emails with probate counsel | 0.2 | 95.00 | SMS |
| Nov-13-19 | Receipt and review of extensive email T. Shewmake - re: case, work on deed | 0.3 | 142.50 | SMS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-14-19 | Email to E. English | 0.2 | 95.00 | SMS |
| Nov-18-19 | Finalize deed | 0.3 | 142.50 | SMS |
| Dec-09-19 | Prepare for and attendance at hearing on show cause. | 3.9 | 1,852.50 | SMS |
| Jan-16-20 | telephone call with English re actions | 0.3 | 142.50 | SMS |
| Jan-29-20 | Prepare for and attendance at court--Show Cause, emails with setting clerk, begin work on assignment | 1.9 | 902.50 | SMS |
| Feb-10-20 | Email to E. English re: case | 0.1 | 47.50 | SMS |
| Feb-17-20 | Receipt and review of deeds apparently executed by L Reynolds on behalf of debtor Mansfield | 0.2 | 95.00 | SMS |
| Feb-20-20 | Emails re: case and prepare Notice of setting | 0.3 | 142.50 | SMS |
| Mar-02-20 | Receipt and review of Pender's additional statement | 0.2 | 95.00 | SMS |
| Mar-04-20 | Receipt and review of correspondence from L. Reynolds, receipt and review of Motion to Continue, correspondence objecting to same, correspondence with L. Reynolds, receipt and review of order re: hearing | 0.6 | 285.00 | SMS |
|  | Prepare for and attendance at hearing on Show Cause | 1.9 | 902.50 | SMS |
| Mar-11-20 | Receipt and review of Motion to Set Aside | 0.3 | 142.50 | SMS |
|  | Work on proposed order setting aside | 0.3 | 142.50 | SMS |
| Mar-12-20 | Arrange telephone call with appearance-prepare certificate of service-for Contempt Motion, email to G. Snyder re: turnover, complaint and for files | 0.9 | 427.50 | SMS |
| Mar-13-20 | Filing Motion to Set Aside and certificate of service on Show Cause | 0.3 | 142.50 | SMS |
|  | Email with G. Snyder re: case and claim | 0.1 | 47.50 | SMS |
| Mar-16-20 | Receipt and review of Motion to Continue, receipt and review of emails from Reynolds re: case | 0.3 | 142.50 | SMS |
|  | Prepare for and attendance at hearings on contempt-telephonically | 0.9 | 427.50 | SMS |
| Mar-17-20 | Telephone call with G. Snyder re: claim against him | 0.3 | 142.50 | SMS |
|  | emails re case, work on fee application | 0.9 | 427.50 | SMS |
| Mar-23-20 | Receipt and review of email from B. Weller re: client claim and respond to same | 0.5 | 237.50 | SMS |
| Mar-25-20 | Receipt and review of G. Snyder email | 0.1 | 47.50 | SMS |
| Mar-26-20 | Emails re: L. Reynolds | 0.2 | 95.00 | SMS |
| Mar-29-20 | Receipt and review of proposed order on properties, email re: same | 0.2 | 95.00 | SMS |
|  | Email re: Marshall service | 0.2 | 95.00 | SMS |
| May-29-20 | Work on Joint Motion for Final Judgement | 0.2 | 95.00 | SMS |
| Jun-08-20 | Telephone call and email with H. Lusky | 0.1 | 47.50 | SMS |
| Jun-12-20 | Telephone call with H Lusky re: Motion | 0.2 | 95.00 | SMS |
| Jun-15-20 | Further work on fee application | 0.9 | 427.50 | SMS |
| Jun-16-20 | Further work on fee application | 0.9 | 427.50 | SMS |
| Jul-08-20 | Receipt and review of courts notice of Withdrawal of Reference | 0.2 | 95.00 | SMS |

DEBTOR MANSFIELD BOAT AND RV STORAGE, LLC            EXHIBIT "A"

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-13-20 | Further work on fee application | 0.8 | 380.00 | SMS |
| Jul-21-20 | Telephone call with potential buyer | 0.5 | 0.00 | SMS |
| Jul-27-20 | Emails re: case | 0.0 | 0.00 | SMS |
| Jul-28-20 | Receipt and review of pleadings per UST request, respond to same | 0.3 | 142.50 | SMS |
| Jul-29-20 | Prepare for and attendance at hearing on Judgement, telephone call with H. Lusky re: same and emails with E. English re: same | 2.9 | 1,377.50 | SMS |
| | Further work on fee application | 0.4 | 190.00 | SMS |
| | **Totals** | **70.8** | **$33,287.50** | |

**DISBURSEMENTS**                                                                 **Disbursements**

| Date | Description | Amount |
|---|---|---|
| | Copies | 12.40 |
| | Lexis/Westlaw | 475.00 |
| Jun-10-19 | Tolls | 12.00 |
| | Parking | 9.00 |
| | Travel | 21.45 |
| Jul-29-19 | Tolls | 12.00 |
| | Parking | 9.00 |
| | Travel | 21.45 |
| Aug-05-19 | Parking | 12.00 |
| | Tolls | 12.00 |
| | Travel | 21.45 |
| Sep-19-19 | Tolls | 12.00 |
| | Parking | 12.00 |
| | Travel | 25.50 |
| Sep-26-19 | Tolls | 12.00 |
| | Parking | 12.00 |
| | Travel | 25.50 |
| Oct-03-19 | Tolls | 12.00 |
| | Parking | 12.00 |
| | Travel | 25.50 |
| Oct-10-19 | Tolls | 12.00 |
| | Parking | 12.00 |
| | Travel | 25.50 |
| Nov-20-19 | Postage -deed to Pender | 10.53 |
| Dec-09-19 | Tolls | 12.00 |
| | Parking | 12.00 |
| | Travel | 25.50 |

DEBTOR MANSFIELD BOAT AND RV STORAGE, LLC                                          EXHIBIT "A"

| Date | Description | Amount |
|---|---|---|
| Jan-29-20 | Travel | 25.50 |
| | Parking | 9.00 |
| | Tolls | 12.00 |
| Mar-05-20 | Tolls | 12.00 |
| | Parking | 9.00 |
| | Travel | 24.50 |
| Mar-23-20 | filing fees with court -tele appearance | 30.00 |
| | Totals | $997.78 |

**Total Fees, Disbursements** $34,285.28

| TIMEKEEPER SUMMARY | RATE | HOURS |
|---|---|---|
| Seidel, Scott | $475.00 | 70.0 |
| Seidel, Susan | $125.00 | 0.3 |
| No Charge | $ 0.00 | 0.5 |