

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 20, 2020

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Mansfield Boat and RV Storage, LLC, | § | Case No. 18-33926-hdh7 |
| | § | |
| Debtor. | § | |

## ORDER WITHDRAWING BENCH WARRANT FOR LARRY REYNOLDS

On March 16, 2020, this Court entered a *Notice of Issuance of Bench Warrant* [Docket No. 245] (the "March Bench Warrant") ordering that Larry Reynolds be arrested and remanded into the custody of the United States Marshal and taken to the detainment facility located nearest to the Dallas Division of the United States Bankruptcy Court for the Northern District of Texas and remain in custody there until he is discharged by this Court.

The March Bench Warrant was issued in connection with this Court's civil contempt orders[1] after it became clear to this Court that Mr. Reynolds's actions were directly interfering with the duties of the Chapter 7 Trustee and harming the bankruptcy estate. The purpose of the

___

[1] The most recent of these orders is the *Seventh Order Finding Larry Reynolds in Civil Contempt of Court* [Docket No. 248].

March Bench Warrant was to coerce Mr. Reynolds's compliance with this Court's orders—specifically, the mandate in the *Order Regarding Motion for Order Finding Larry Reynolds in Civil Contempt of Court* [Docket No. 130] that Mr. Reynolds not hold himself out as a representative or agent of the Debtor—and to give the Chapter 7 Trustee time to address Mr. Reynolds's unauthorized deeds without interference.

Almost five months have now passed since the issuance of the March Bench Warrant, and while Mr. Reynolds remains in civil contempt in this case for, among other reasons, his failure to remit over $140,000 in stolen funds to the bankruptcy estate and his false testimony regarding plans to repay those amounts, the Court no longer believes it is necessary to incarcerate Mr. Reynolds to coerce compliance with this Court's orders at this time.

**IT IS THEREFORE ORDERED** that the March Bench Warrant is **WITHDRAWN**; and

**IT IS FURTHER ORDERED** that Mr. Reynolds remains in civil contempt of Court.

###END OF ORDER###