

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 15, 2020**

_____
**United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| **MANSFIELD BOAT AND RV** § | |
| **STORAGE, LLC** § | **CASE NO. 18-33926-hdh-7** |
| § | |
| DEBTOR. § | |

**ORDER APPROVING SEIDEL LAW FIRM'S FIRST INTERIM APPLICATION
FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES
AS GENERAL COUNSEL FOR TRUSTEE AND REQUEST FOR PAYMENT OF SAME**

**CAME ON TO BE HEARD** *Seidel Law Firm's First Interim Application for Allowance of Fees and Reimbursement of Expenses as General Counsel for the Trustee and Request for Payment of Same* {Doc. No. 262} (the "Application") filed by Seidel Law Firm (the "Firm") as general counsel for the Chapter 7 Trustee for the estate (the "Estate") of (the "Debtor"), in the above styled and numbered Chapter 7 bankruptcy case (the "Bankruptcy Case").

The Court finding that service and notice of the Application and the hearing thereon were appropriate and sufficient, and having considered the Application, reviewing the docket and the

representations of the Firm therein and, and based additionally on the absence of any objections as well as the Court's familiarity with this Bankruptcy Case, the Court finds that the services rendered were reasonable and necessary inured to the benefit of the estate, it is hereby:

**ORDERED** that the Application is **APPROVED**; it is further

**ORDERED** that, for the period of May 23, 2019 through July 30, 2020, the Trustee is ordered and directed to immediately pay from funds of the estate, a payment of $34,285.28 ($33,287.50 in fees and $997.78 in expenses) to Seidel Law Firm as an allowed chapter 7 administrative priority claim on an interim basis; it is further

**ORDERED** that the Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order and nothing herein shall prejudice the Firm from seeking such other and further fees and reimbursement of expenses as may be proper or appropriate.

# # #  END OF ORDER  # # #

By: */s Scott M. Seidel*
Scott M. Seidel, Esq.
SBT  17999450
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas  75093
Telephone:  (214) 234-2500
scott@scottseidel.com
General Counsel for the Chapter 7 Trustee