IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MANSFIELD BOAT AND RV | § | Case No.   18-33926-HDH--7 |
| STORAGE, LLC | § | |
| | § | |
| DEBTOR | § | Hearing Date:   August 19, 2021 |
| | § | Hearing Time:      9:00 a.m. |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing is scheduled for **9:00 a.m. on Thursday, August 19, 2021,** on the 14th floor of the Federal Building located at 1100 Commerce Street, Dallas, Texas 75242, before the Honorable Harlin D. Hale on the Trustee's *Motion to Sell*  [Doc. No. 315 ].

Respectfully submitted,
*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 1799945
SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas  75093
Telephone:  214-234-2500
scott@scottseidel.com
THE CHAPTER 7 TRUSTEE

NO HEARING HEREON WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AT THE UNITED STATES BANKRUPTCY COURT LOCATED AT 1100 COMMERCE STREET IN DALLAS, TEXAS 75242, BEFORE 4:00 P.M. ON AUGUST 16, 2021, WHICH IS AT LEAST TWENTY-FOUR  (24) DAYS FROM THE DATE OF SERVICE HEREOF.
ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.
IF NO HEARING ON SUCH NOTICE OF MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing has been served via electronic mail to the parties who receive electronic notification in this case, including the United States Trustee's office, the Debtor, and the parties listed below and on the attached service list on this the 21st day of July 2021.

/s/ *Scott M. Seidel*

Larry Reynolds
Warren V. Norred, Esq.            {via email:  warren@norredlaw.com}
NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas  76010
Telephone:  817-704-3984
**Counsel for Larry Reynolds**

Janice Reynolds
Clayton L. Everett, Esq.           {via email:   clayton@norredlaw.com}
NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas  76010
Telephone:  817-704-3984
**Counsel for Janice Reynolds**