| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 18-33926-hdh7<br>Northern District of Texas<br>Dallas<br>Wed Jul 21 07:55:37 CDT 2021 | Lusky & Associates, P.C.<br>5743 Blair Rd.<br>Dallas, TX 75231 | Mansfield ISD<br>Linbarger, Goggan, Blair & Sampson LLP<br>c/o Elizabeth Weller<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| Seidel Law Firm<br>6505 W. Park Blvd., Ste. 306<br>Plano, TX 75093-6212 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Argus Professional Storage Management, LLC<br>2993 S. Peoria St., Ste. 105<br>Aurora, CO 80014-5720 |
| Beeman Neal Ainsworth<br>2521 E Mtn Village Dr. B223<br>Wasilla, AK 99654-7373 | Capital Premium Financing, Inc.<br>12235 S. 800 East<br>Draper, UT 84020-9726 | Garland Murphy, IV<br>700 Louisiana St., Ste. 2300<br>Houston, TX 77002-2740 |
| Glenn Snyder<br>627 Mercury Ave.<br>Duncanville, TX 75137-2235 | Internal Revenue Service - Dist. Director<br>SPB Mail Code 5020DAL<br>1100 Commerce St<br>Dallas, TX 75242-1100 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| Lusky & Associates, P.C.<br>PO Box 795812<br>Dallas, TX 75379-5812 | MANSFIELD ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | Mansfield Boat and RV Storage, LLC<br>605 Rutgers<br>Attn. Larry Reynolds<br>Lancaster, TX 75134-2509 |
| Mansfield ISD<br>co Perdue Brandon Fielder Et Al<br>500 E. Border Street<br>Suite 640<br>Arlington, TX 76010-7457 | Mansfield ISD<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | Martha Reynolds<br>605 Rutgers<br>Lancaster, TX 75134-2509 |
| Pender Capital<br>11798 Wilshire Blvd. 460<br>Los Angeles, CA 90025 | Pender Capital Asset Based Lending Fund I, L<br>c/o Eric M. English<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-6341 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>CO Elizabeth Weller<br>2777 N. Stemmons Fwy Suite 1000<br>Dallas, TX 75207-2328 |
| Tarrant County<br>Linebarger Goggan Blair & Sampson, LLC<br>CO Elizabeth Weller<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | U. S. Attorney General -IRS Notification<br>United States Attorney General<br>950 Pennsylvania Ave Nw<br>Washington, DC 20530-0009 | US Trustee<br>1100 Commerce St Room 976<br>Dallas, TX 75242-0996 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX  75242-0996 | Eric M. English<br>co Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 | Garland D. Murphy IV<br>co Smyser Kaplan & Veselka, L.L.P.<br>700 Louisiana Street, Suite 2300<br>Houston, TX 77002-2740 |
| Herman A. Lusky<br>PO Box 795812<br>Dallas, TX 75379-5812 | Larry James Reynolds<br>P.O. Box 750<br>, AK 99686-0750 | Scott M. Seidel<br>Seidel Law Firm<br>6505 W. Park Blvd., Suite 306<br>Plano, TX 75093-6212 |