UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MANSFIELD BOAT AND | § | CASE NO. 18-33926-hdh7 |
| RV STORAGE, LLC | § | Chapter 7 |
| Debtor | § | |
| | § | |

**CERTIFICATE OF NO OBJECTIONS / NO RESPONSE (Docket No. 308)**

On July 7, 2021, Scott Seidel (the "Trustee"), chapter 7 trustee for the estate of Mansfield Boat and RV Storage, LLC (the "Debtor"), filed and served the Trustee's Motion to Compromise Controversy with Janice Reynolds (the "Motion") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. Pursuant to Local Bankruptcy Rule 9007.1(b), as part of the Motion, the Trustee gave notice of a response deadline of 21 days after service of the Motion. The Motion was served by United States mail and ECF. Responses were to be served no later than July 28, 2021. Any objections to the Motion were to have been served on the Trustee as the moving party. As of the filing date of this Certificate, the Trustee has received no objections or responses to the Motion, and the docket reflects that neither objections nor responses have been filed.

Dated: July 30, 2021.                Respectfully submitted,

                    SMYSER KAPLAN & VESELKA, L.L.P.

                    */s/ Land Murphy*
                    Land Murphy
                    State Bar No. 24058010
                    717 Texas Avenue, Suite 2800
                    Houston, Texas 77002
                    (713) 221-2346 telephone
                    (713) 221-2320 fax
                    lmurphy@skv.com

1120321.1

**Porter Hedges LLP**

Eric M. English
State Bar No. 24062713
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 (fax)

**Counsel for the Trustee**