BTXN215 (rev. 11/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Mansfield Boat and RV Storage, LLC § Case No.: 18–33926–hdh7  
§ Chapter No.: 7  
Debtor(s) §

# WRIT OF GARNISHMENT

"To Larry J. Reynolds  
Larry J. Reynolds, Garnishee, greeting:

"Whereas, in the United States Bankruptcy Court for the Northern District of Texas,

1100 Commerce Street  
Room 1254  
Dallas, TX 75242

in a certain cause wherein Pender Capital Asset Based Lending Fund I, LP is plaintiff and Larry J. Reynolds is defendant, the plaintiff, claiming an indebtedness against the said Larry J. Reynolds of $ 119,330.69 dollars, besides interest and costs of suit, has applied for a writ of garnishment against you, Larry J. Reynolds  
Larry J. Reynolds; therefore you are hereby commanded on or before the expiration of twenty–one days from the date of service hereof to answer upon oath what, if anything, you are indebted to the said Pender Capital Asset Based Lending Fund I, LP , and were when this writ was served upon you, and what effects, if any, of the said Larry J. Reynolds you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to the said Larry J. Reynolds or have effects belonging to him in their possession. You are further commanded NOT to pay to defendant any debt or to deliver to him any effects, pending further order of this court. Herein fail not, but make due answer as the law directs."

I, Clerk of the U.S. Bankruptcy Court for the Northern District of Texas, do hereby certify that the judgment amount listed herein is a true and correct amount of the original judgment amount as entered in the above entitled proceeding on September 17, 2021, and as it appears of record in my office.



*Robert P. Colwell*  
***CLERK, U.S. BANKRUPTCY COURT***

Kara Hyden  
Deputy Clerk

DATED: 9/17/21