| | |
|---|---|
| **PORTER HEDGES LLP** | **SMYSER KAPLAN & VESELKA, L.L.P.** |
| Eric M. English | Garland D. Murphy IV |
| State Bar No. 24062714 | State Bar No. 24058010 |
| Porter Hedges LLP | Smyser Kaplan & Veselka, L.L.P. |
| 1000 Main Street, 36th Floor | 700 Louisiana Street, Suite 2300 |
| Houston, Texas 77002 | Houston, Texas 77002 |
| (713) 226-6000 | (713) 221-2300 |
| eenglish@porterhedges.com | (713) 221-2320 |
| | lmurphy@skv.com |

**ATTORNEYS FOR PENDER CAPITAL ASSET BASED LENDING FUND I, LP**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **MANSFIELD BOAT AND RV** | § | |
| **STORAGE, LLC** | § | **Case No. 18-33926** |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on *Pender Capital Asset Based Lending Fund I, LP's Application for Allowance of Chapter 11 Administrative Expense Claim (Dkt. 363)* has been scheduled for **November 5, 2021 at 9:00 a.m.** before Honorable Harlin D. Hale, 1100 Commerce St., 14th Floor, Courtroom #3, Dallas, Texas 75242.  Parties may appear either before Judge Hale in his courtroom or via Webex. The Webex hearing link is https://us-courts.webex.com/meet/hale, dial-in number US/Canada 1-650-479-3207, Access Code 476-420-189. Judge Hale's Webex hearing instructions can be reviewed/accessed at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates

13035990

Dated: October 13, 2021

Respectfully submitted,

By: */s/ Eric M. English*
Eric M. English
State Bar No. 24062714
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
eenglish@porterhedges.com

and

Garland D. Murphy IV
State Bar No. 24058010
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 221-2300
(713) 221-2320
lmurphy@skv.com

**ATTORNEYS FOR PENDER CAPITAL ASSET BASED LENDING FUND I, LP**

## CERTIFICATE OF SERVICE

I certify that on October 13, 2021, a true and correct copy of the foregoing *Notice of Hearing* was served upon the Debtor, the Trustee, and the United States Trustee by first class mail. In addition, all registered ECF users appearing in this case received electronic notice of the foregoing on October 13, 2021.

*/s/ Eric M. English*
Eric M. English

13035990