UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| MANSFIELD BOAT AND RV | § | |
| STORAGE, LLC | § | Case No. 18-33926 |
| | § | |
| Debtor. | § | |

**PENDER CAPITAL'S AMENDED NOTICE OF HEARING FOR (1) MOTION TO ENFORCE JUDGMENT AND (2) MOTION FOR SANCTIONS AND CONTEMPT AGAINST LARRY REYNOLDS AND WARREN NORRED**

Please take notice that Pender Capital's Motion to Enforce Judgment [Dkt. 377] and Motion for Sanctions and Contempt Against Larry Reynolds and Warren Norred, [Doc. 378] are set for oral hearing before the Honorable Harlin D. Hale, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242 on November 30, 2021 at 9:00 a.m. Parties may appear either before Judge Hale in his courtroom or via Webex. If attending via WebEx, please use the following information to attend the hearing:

For WebEx Video Participation/Attendance:
    Link: https://us-courts.webex.com/meet/hale

For WebEx Telephonic Only Participation/Attendance:
    Dial-In: 1-650-479-3207
    Access code: 476 420 189

Judge Hale's WebEx Hearing Instructions may be obtained from Judge Hale's hearing/calendar site at the following address:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates

1152206.1

**Dated: November 18, 2021.**

Respectfully submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

*/s/ Land Murphy*
Land Murphy
State Bar No. 24058010
717 Texas, Suite 2800
Houston, Texas 77002
(713) 221-2346 telephone
(713) 221-2320 fax
lmurphy@skv.com

**PORTER HEDGES LLP**

*/s/ Eric M. English*
Eric M. English
State Bar No. 24062714
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
eenglish@porterhedges.com

**ATTORNEYS FOR PENDER CAPITAL**

2

1152206.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via electronic mail to the parties who receive electronic service in this case, including the United States Trustee's office and Debtor's counsel.

Notice has also been provided via email to Warren Norred at warren@norredlaw.com.

                                              */s/ Land Murphy*
                                              Land Murphy

1152206.1