

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 22, 2021**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Mansfield Boat and RV Storage, LLC, | § | Case No. 18-33926-hdh7 |
| | § | |
| Debtor. | § | |

### SUA SPONTE ORDER REGARDING
### HEARINGS SET FOR NOVEMBER 30, 2021

There are several matters in the above-captioned bankruptcy case in which Larry Reynolds has filed pleadings as an "Interested Party."[1] As a general matter, parties in interest have standing in a bankruptcy case. *See In re Cyrus II P'ship*, 358 B.R. 311, 315 (Bankr. S.D. Tex 2007) (citing *Magnolia Venture Cap. Corp. v. Prudential Sec. Inc.*, 151 F.3d 439, 445 n.9 (5th Cir. 1998)). While the Bankruptcy Code does not define a party in interest, the term broadly includes debtors, creditors, trustees, and others. *See e.g.*, *Kipp Flores Architects, L.L.C. v. Mid-Continent Cas. Co.*, 852 F.3d 405, 413 (5th Cir. 2017). However, standing is not available for everybody connected to a bankruptcy case.

---

[1] *See* Docket Nos. 370, 374, 378, 384.

**IT IS THEREFORE ORDERED** by noon on Monday, November 29, 2021, Larry Reynolds shall file with this Court a sworn statement indicating whether he is a creditor or an equity interest holder in the Debtor. Such filing shall be made under penalty of perjury. Counsel for Mr. Reynolds shall sign the statement pursuant to Federal Rule of Bankruptcy Procedure 9011.

###End of Order###