Norred V. Norred | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | warren@norredlaw.com
Attorney for Larry Reynolds

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

In re:
Mansfield Boat and RV Storage, LLC,

      Debtor

Case No. 18-33926-hdh7
Chapter 7

## LARRY REYNOLDS'S AMENDED WITNESS AND EXHIBIT LIST

COMES NOW, Larry Reynolds, in the above-captioned case and files his Witness and Exhibit List in connection with the hearings set for November 30th, 2021, before the Honorable Harlin D. Hale, United States Bankruptcy Judge, at 9 a.m, including:

Motion to Disqualify Eric M. English and Garland D. Murphy (Doc. 332),

Motion for Order Finding Pender Capital . . . in Civil Contempt of Court (Doc. 370), and

Amended Response and Objection to the Application and Writs of Garnishment (Doc. 384).

WITNESSES:

1. Larry Reynolds, Interested Party

2. Any witness called or listed on any opposing party's list.

EXHIBITS:

1. Proof of Claim 4-1;

2. Declaration of Larry Reynolds.

Reynolds will also refer and rely on documents before the Court and in its docket, and reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

|  |  |
|---|---|
| DATED: November 27, 2021. | Respectfully submitted: |
|  | By: /s/ Warren V. Norred |
|  | Warren V. Norred, State Bar No. 24045094 |
|  | warren@norredlaw.com |
|  | Norred Law, PLLC |
|  | 515 E. Border St., Arlington, Texas 76010 |
|  | O: (817) 704-3984; F: (817) 524-6686 |
|  | Attorney for Larry Reynolds |

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2021, a true and correct copy of the above document shall be served via electronic means to:

*Via CM/ECF to*:

Pender Capital Asset Based
Lending Fund I, LP
c/o Eric M. English, Land Murphy
Porter Hedges LLP
Houston, TX 77002

Scott M. Seidel
6505 W. Park Blvd., Suite 306
Plano, TX 75093

*And all those parties receiving electronic services in this bankruptcy proceeding.*

                                                  /s / Warren V. Norred
                                                  Warren V. Norred