

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 1, 2021**

_____
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MANSFIELD BOAT AND § | CASE NO. 18-33926-hdh7 |
| RV STORAGE, LLC § | Chapter 7 |
| Debtor § | |
| § | |

### ORDER DENYING LARRY REYNOLDS' MOTION FOR ORDER
### FINDING PENDER CAPITAL ASSETS BASED LENDING FUND I, LP
### IN CIVIL CONTEMPT OF COURT
### [Docket No. 370]

On November 30, 2021 the Court held a hearing on *Larry Reynolds' Motion for Order Finding Pender Capital Assets Based on Lending Fund I, LP in Civil Contempt of Court* [Dkt. No. 370] (the "Motion). For the reasons stated on the record at the hearing, it is **ORDERED** that the Motion is DENIED for lack of standing.

### # # # End of Order # # #

13119693

1

**PORTER HEDGES LLP**

Eric M. English
State Bar No. 24062714
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
eenglish@porterhedges.com

and

**SMYSER KAPLAN & VESELKA, L.L.P.**

Garland D. Murphy IV
State Bar No. 24058010
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 221-2300
(713) 221-2320
lmurphy@skv.com

**ATTORNEYS FOR PENDER CAPITAL
ASSET BASED LENDING FUND I, LP**

13119693