

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 2, 2021**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MANSFIELD BOAT AND | § | CASE NO. 18-33926-hdh7 |
| RV STORAGE, LLC | § | |
|     Debtor | § | |
| | § | |

### ORDER ON PENDER CAPITAL'S MOTION TO ENFORCE JUDGMENT
### [DOCKET NO. 377]

On November 30, 2021, the Court held a hearing on Dkt. No. 377, *Pender Capital's Motion to Enforce Judgment* ("Motion"). Based on the evidence and for the reasons stated on the record at the hearing, it is

**ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

Larry Reynolds is ordered to produce to counsel for Pender Capital a copy of the trust agreement for the Reynolds Trust by December 7, 2021.

The Court DENIES Pender Capital's request to restrain any transfer of the U-Haul business to Janice Reynolds.

The Court DENIES Pender Capital's request to require Larry Reynolds to turn over all funds paid by U-Haul in the past because such funds have already been spent, as Larry Reynolds testified.

The Court DENIES Pender Capital's request to require Larry Reynolds to turn over all funds to be paid by U-Haul in the future because the writ of garnishment applies to such funds.

### END OF ORDER ###

| | |
|---|---|
| **PORTER HEDGES LLP** | **SMYSER KAPLAN & VESELKA, L.L.P.** |
| Eric M. English | |
| State Bar No. 24062714 | Garland D. Murphy IV |
| Genevieve M. Graham | State Bar No. 24058010 |
| State Bar No. 24085340 | Smyser Kaplan & Veselka, L.L.P. |
| Porter Hedges LLP | 717 Texas Avenue, Suite 2800 |
| 1000 Main Street, 36th Floor | Houston, Texas 77002 |
| Houston, Texas 77002 | (713) 221-2300 |
| (713) 226-6000 | (713) 221-2320 |
| eenglish@porterhedges.com | lmurphy@skv.com |
| ggraham@porterhedges.com | |

**ATTORNEYS FOR PENDER CAPITAL ASSET BASED LENDING FUND I, LP**