**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 18-33926-HDH | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | MANSFIELD BOAT AND RV STORAGE, LLC | Date Filed (f) or Converted (c): | 04/08/2019 (c) |
| For the Period Ending: | 12/31/2021 | §341(a) Meeting Date: | 05/07/2019 |
| | | Claims Bar Date: | 08/08/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo DIP account (u) | $0.00 | $0.00 | | $1,911.97 | FA |
| **Asset Notes:** | Conversion schedules reflect a zero balance. | | | | | |
| | This asset first added on DN 113, 5/9/2019. | | | | | |
| | Previously the debtor had listed a pre-petition operating bank account with a $52,310.00 balance.  These funds were used prior to conversion by the debtor and taken by Larry Reynolds and | | | | | |
| | are part of the contempt order DN 130 | | | | | |
| 2 | Final deed in undisclosed property (u) | Unknown | $7,500.00 | | $7,500.00 | FA |
| **Asset Notes:** | Motion to Approve Execution of Quit Claim Deed DN 156 | | | | | |
| | Order granting Motion DN 186 | | | | | |
| 3 | Pursuant to Court Order DN 112 (u) Motion for Contempt | Unknown | $160,944.07 | | $10,000.00 | $92,488.07 |
| **Asset Notes:** | $45,000 of the scheduled value is disputed by Larry Reynolds as being "double counted" per Docket Number 113, page 8 | | | | | |
| | Amount increased pursuant to Order DN 265 | | | | | |
| | Amount reduced $58,456.00 pursuant to Order DN 322, Exhibit A | | | | | |
| | Creditor, Pender, has been contacted concerning any interest in purchasing debtor's remaining asset/judgment against Larry Reynolds.  Other judgment purchasers have been uninterested. | | | | | |
| 4 | Accounts Receivable | $0.00 | $0.00 | | $0.00 | FA |
| 5 | golf carts | $5,000.00 | $0.00 | | $0.00 | FA |
| 6 | office furniture | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | Ice machine | $300.00 | $0.00 | | $0.00 | FA |
| 8 | DPTA and fraud and tortious interference, wrongful foreclosure v Pender amount requested $9,800,000 | $0.00 | $0.00 | | $20,000.00 | FA |
| **Asset Notes:** | The original asset did not list the parties involved in the cause of action. | | | | | |
| | The parties were formally listed on amended schedule DN 51 with an UNKNOWN value and the debtor representative claimed to not have any information to give to any attorneys to | | | | | |
| | represent this claim | | | | | |
| | Motion to Sell DN 315 | | | | | |
| | Order on Motion to Sell  DN 354 | | | | | |
| 9 | Select Portfolio Servicing avoidance action (u) | $0.00 | $37,694.05 | | $37,694.05 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 18-33926-HDH | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | MANSFIELD BOAT AND RV STORAGE, LLC | Date Filed (f) or Converted (c): | 04/08/2019 (c) |
| For the Period Ending: | 12/31/2021 | §341(a) Meeting Date: | 05/07/2019 |
| | | Claims Bar Date: | 08/08/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Motion to Compromise DN 287 | | | | | |
| Order granting Motion DN 300 | | | | | |
| **Ref. #** | | | | | |
| 10  undisclosed cause of action against Janice Reynolds (u) | $0.00 | $45,000.00 | | $45,000.00 | FA |
| **Asset Notes:** Motion to Compromise DN 308 | | | | | |
| 11  Leasehold on boat and RV storage lot, DN 29 Part 9; 55.1 | $5,100,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** The debtor leased these premises only. They have not value to estate | | | | | |
| 12  Leasehold for Boat and RV storage lot, DN 29; Part 9; 55.2 | $4,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** The debtor leased these premises and the asset has no value to the estate | | | | | |
| **TOTALS (Excluding unknown value)** | $9,107,300.00 | $251,138.12 | | $122,106.02 | **Gross Value of Remaining Assets** $92,488.07 |

**Major Activities affecting case closing:**

12/20/2021  Creditor, Pender, has been contacted concerning any interest in purchasing debtor's remaining asset/judgment against Larry Reynolds. Other judgment purchasers have been uninterested.

12/30/2020  The trustee continues in efforts to recover missing funds from Mr. Reynolds and investigate the debtor's financial affairs through special counsel.

01/30/2020  The trustee continues in efforts to recover missing funds from Mr. Reynolds and investigate the debtor's financial affairs.

| Initial Projected Date Of Final Report (TFR): | 05/07/2021 | Current Projected Date Of Final Report (TFR): | 06/25/2022 | /s/ SCOTT M. SEIDEL |
|---|---|---|---|---|
| | | | | SCOTT M. SEIDEL |