**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION**

| | |
|---|---|
| In re:<br>Mansfield Boat and RV Storage, LLC,<br><br>Debtor, | Case No. 18-33926-hdh7<br>Chapter 7 |

**ORDER GRANTING**
**JANICE R. REYNOLDS'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
[RELATED TO DOC. _____]

TO THE HONORABLE SCOTT W. EVERETT, UNITED STATES BANKRUPTCY JUDGE:

The Court has considered *Janice R. Reynolds's Motion For Relief from the Automatic Stay* ("Motion") sought so Reynolds can prosecute claims against Pender Capital Asset Based Lending Fund I, LP before the 48th District Court of Tarrant County, in cause 048-327317-21.

This Court finds that the lift of stay imperils no asset or position of the Debtor, and therefore GRANTS the lift of stay for the purposes stated in the Motion.

# # # END OF ORDER # # #